No. 71–6805.  Lewis *v.* Ohio et al.  Sup. Ct. Ohio. Certiorari denied.

No. 71–6806.  Rosenberg *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–6807.  Cole *v.* United States; and

No. 71–6808.  Cole *v.* United States.  C. A. 9th Cir.  Certiorari denied.  Reported below: 457 F. 2d 1141.

No. 71–6809.  Morton *v.* Haynes, Training Center Superintendent.  C. A. 8th Cir.  Certiorari denied.

No. 71–6810.  Batts *v.* California.  Sup. Ct. Cal. Certiorari denied.

No. 71–6811.  Ross *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–6813.  Fermin *v.* Richardson, Secretary of Health, Education, and Welfare.  C. A. D. C. Cir. Certiorari denied.

No. 71–6814.  LeBrun *v.* Cupp, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 71–6815.  Bowers et al. *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–6816.  Earp *v.* Cupp, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 71–6817.  Dorrough *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–6820.  Stidham et al. *v.* United States. C. A. 10th Cir.  Certiorari denied.